MARY F. MURPHY et al., Appellants, *v.* GEORGE K. MACKEY, Individually, and as Executor of SARAH A. KNIGHT, Deceased, et al., Respondents, and EMILY OBERHELMAN, Appellant.

*Murphy v. Mackey*, 178 App. Div. 889, affirmed.
(Argued March 15, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1917, *unanimously* affirming a judgment in favor of defendants, respondents, entered upon a verdict in an action to test the validity of the will of Sarah A. Knight, deceased. The complaint alleged that the testatrix at the time she executed the will was not competent to make it; that the will was not executed in conformity with the laws of the state and that execution thereof was procured by duress, coercion, fraud and undue influence.

*Gilbert D. Lamb* and *James W. Osborne* for appellants.

*Edward S. Clinch, Harold Swain, Robert W. Cromley* and *Appleton L. Clark* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, MCLAUGHLIN and ANDREWS, JJ., and HOGAN, J., under provisions of section 1317 of the Code of Civil Procedure. Dissenting on ground that

error was committed in charging requests made by respondents' counsel: HISCOCK, Ch. J., CHASE and POUND, JJ.